# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SAMUEL L. JOHNSON,

    Petitioner,

v.    Case No. 3:22-cv-716-TJC-JBT

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner, an inmate of the Florida penal system, initiated this case by filing a pro se "Motion for Compassionate Release" (Doc. 1). In the Motion, Petitioner requests his term of imprisonment be reduced and he be released pursuant to 18 U.S.C. § 3582 because of his Type 2 diabetes and other ailments.

Petitioner is serving a state court sentence in the Florida Department of Corrections. Thus, the federal compassionate release statute does not apply to him. See Royster v. Oliver, No. CV 21-00102-CG-B, 2021 WL 1619361, at *3 (S.D. Ala. Mar. 15, 2021) ("Section 3582(c) is a federal criminal statute and does not apply to a state prisoner sentenced under state law."), report and recommendation adopted, 2021 WL 1618021 (Apr. 26, 2021); Atkinson v. United States Dist. Ct., No. CV 20-00545-CG-B, 2020 WL 7931420, at *1 (S.D. Ala. Nov.

25, 2020) (collecting cases), <u>report and recommendation adopted</u>, 2021 WL 43991 (Jan. 5, 2021).

If Petitioner seeks to challenge his state court judgment of conviction or sentence, he may initiate a habeas corpus case by filing on the Court's approved form. <u>See</u> Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). If he seeks to challenge the conditions of his confinement, he may file a civil rights complaint on the Court's approved form.

Accordingly, it is

**ORDERED**:

1.This case is **DISMISSED without prejudice**.

2.The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

3.The **Clerk** shall send Petitioner a habeas corpus petition form under 28 U.S.C. § 2254, a civil rights complaint form, and an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (prisoner filings) form. If Petitioner chooses to refile his claim, he may do so on the appropriate form. He should not put this case number on the form because the Clerk will assign a new case number upon receipt. In initiating such a case, Petitioner should either file a fully completed

application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of July, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

caw/JAX-3 7/1
c:
Samuel L. Johnson, #128434